# EXHIBIT A

**Davis Miles**
**McGuire Gardner**
40 East Rio Salado Parkway, Suite 425
Tempe, AZ 85281
Telephone: (480) 733-6800
Fax: (480) 733-3748
efile.dockets@davismiles.com
**Michael E. Medina, Jr., Bar No. 014846**
mmedina@davismiles.com
**Steven E. Weinberger, Bar No. 015349**
sweinberger@davismiles.com
**Russell B. Richelsoph, Bar No. 019963**
rrichelsoph@davismiles.com
*Attorneys for Plaintiffs J.W. Doe and J.#.W. Doe*

**John E. Osborne, Bar No. 007085**
josborne@goldbergandosborne.com
Goldberg & Osborne, LLP
698 East Wetmore Road, Suite 200
Tucson, Arizona 85705
Telephone: (520) 620-3975
Fax: (520) 620-3991
*Attorney for Plaintiff D. Doe*

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| J.W. Doe, as the natural father and legal guardian of J.#.W. Doe; D. Doe as the natural mother of J.#.W. Doe; | **CASE NO.:** **SUMMONS** CV2019-000908 |
| vs. | If you would like legal advice from a lawyer, contact the Lawyer Referral Service at 602-257-4434 sponsored by the Maricopa County Bar Association |
| Liberty Elementary School District; Daniel R. Zamora, husband of Brittany Zamora, in his sole and separate right | |

## THE STATE OF ARIZONA TO THE ABOVE-NAMED DEFENDANTS:

Paul Jensen
Liberty Elementary School District
19871 W. Fremont Rd.
Buckeye, AZ 85326

1

certified mail, or by publication--you shall appear and defend within thirty (30) days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of forty (40) days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete thirty (30) days after the date of filing the receipt and affidavit of service with the Court. Service by publication is complete thirty (30) days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete thirty (30) days after filing the Affidavit of Compliance and return receipt or Officer's Return. RCP 4; A.R.S. §§ 20-222, 28-502, 28-503.

**YOU ARE HEREBY NOTIFIED** that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

**YOU ARE CAUTIONED** that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiff's attorney. RCP 10(d); A.R.S. § 12-311; RCP 5. Requests for Reasonable accommodation for persons with disabilities must be made to the division assigned to the case by parties at least three judicial days in advance of a scheduled court proceeding.

**YOU ARE FURTHER NOTIFIED** (1) Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding. (2) Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

The name and address of Plaintiff's attorneys are:

**DAVIS MILES MCGUIRE GARDNER, PLLC**
**Steven E. Weinberger**
**Michael E. Medina**
40 E. Rio Salado Parkway, Suite 425
Tempe, Arizona 85281
Telephone: (480) 733-6800

**SIGNED AND SEALED THIS DATE:**

By: _____



JAN 1 7 2019
Deputy Clerk
CLERK OF THE SUPERIOR COURT
A. MCLOONE
DEPUTY CLERK

2

**Davis Miles McGuire Gardner**
40 East Rio Salado Parkway, Suite 425
Tempe, AZ 85281
Telephone: (480) 733-6800
Fax: (480) 733-3748
efile.dockets@davismiles.com
**Michael E. Medina, Jr., Bar No. 014846**
mmedina@davismiles.com
**Steven E. Weinberger, Bar No. 015349**
sweinberger@davismiles.com
**Russell B. Richelsoph, Bar No. 019963**
rrichelsoph@davismiles.com
*Attorneys for Plaintiffs J.W. Doe and J.#.W. Doe*

**John E. Osborne, Bar No. 007085**
josborne@goldbergandosborne.com
Goldberg & Osborne, LLP
698 East Wetmore Road, Suite 200
Tucson, Arizona 85705
Telephone: (520) 620-3975
Fax: (520) 620-3991
*Attorney for Plaintiff D. Doe*

COPY
JAN 17 2019
CLERK OF THE SUPERIOR COURT
A. MOLOCHE
DEPUTY CLERK

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| J.W. Doe, as the natural father and legal guardian of J.#.W. Doe; D. Doe as the natural mother of J.#.W. Doe; <br><br> vs. <br><br> Liberty Elementary School District; Daniel R. Zamora, husband of Brittany Zamora, in his sole and separate right | CASE NO.: CV2019-000908 <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiffs' by and through counsel undersigned, hereby request a trial by jury as to all triable issues in the above-captioned matter.

RESPECTFULLY SUBMITTED January 17, 2019.

1

RESPECTFULLY SUBMITTED January 17, 2019.

DAVIS MILES MCGUIRE GARDNER, PLLC

By: _____
Michael E. Medina, Jr.
Steven E. Weinberger
Russell B. Richelsoph
40 East Rio Salado Parkway, Suite 425
Tempe, AZ 85281
*Attorneys for Plaintiffs J.W. Doe and J.#.W. Doe*

**GOLDBERG & OSBORNE**

By: _____
John E. Osborne *w/permission*
698 East Wetmore Road, Suite 200
Tucson, Arizona 85705
*Attorney for Plaintiff D. Doe*

2

**Davis Miles McGuire Gardner**
40 East Rio Salado Parkway, Suite 425
Tempe, AZ 85281
Telephone: (480) 733-6800
Fax: (480) 733-3748
efile.dockets@davismiles.com
**Michael E. Medina, Jr., Bar No. 014846**
mmedina@davismiles.com
**Steven E. Weinberger, Bar No. 015349**
sweinberger@davismiles.com
**Russell B. Richelsoph, Bar No. 019963**
rrichelsoph@davismiles.com
*Attorneys for Plaintiffs J.W. Doe and J.#.W. Doe*

**John E. Osborne, Bar No. 007085**
josborne@goldbergandosborne.com
Goldberg & Osborne, LLP
698 East Wetmore Road, Suite 200
Tucson, Arizona 85705
Telephone: (520) 620-3975
Fax: (520) 620-3991
*Attorney for Plaintiff D. Doe*

COPY

JAN 17 2019

CLERK OF THE SUPERIOR COURT
A. MCLOONE
DEPUTY CLERK

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
# IN AND FOR THE COUNTY OF MARICOPA

CV2019-000908

| | |
|---|---|
| J.W. Doe, as the natural father and legal guardian of J.#.W. Doe; D. Doe as the natural mother of J.#.W. Doe; | **CASE NO.:** <br><br> **COMPLAINT** |
| vs. | |
| Liberty Elementary School District; Daniel R. Zamora, husband of Brittany Zamora, in his sole and separate right | |

Plaintiff J.W. Doe, on his own behalf and as the natural father of J.#.W. Doe, and Plaintiff D. Doe, on her own behalf and as the natural mother of J.#.W. Doe, ("Plaintiffs") by and through undersigned counsel, allege as follow:

1

## JURISDICTION AND VENUE

1. Plaintiffs are residents of Maricopa County, Arizona and all acts alleged herein occurred in Maricopa County, Arizona.

2. Defendants are aware of Plaintiffs' true names, which are being withheld because they desire privacy. Upon Motion, pursuant to Arizona Rule of Civil Procedure 17, by an appropriate party, further disclosure of the true names of the Plaintiffs will be made (either publically or to Defendants) as required by law.

3. Plaintiff J.W. Doe is the natural father of J.#.W. Doe.

4. Plaintiff D. Doe is the natural mother of J.#.W. Doe.

5. Defendant Liberty Elementary School District (the "School District") is a political subdivision of the State of Arizona located in Maricopa County, Arizona.

6. Defendant Daniel R. Zamora is a resident of Maricopa County, Arizona and at all relevant times to this lawsuit was the husband of Brittany Zamora, and is sued herein in his sole and separate right.

7. The acts and events giving rise to the claims mentioned herein occurred in Maricopa County, Arizona, and all Defendants are subject to the personal jurisdiction of this Court in accordance with Arizona law and the Arizona Rules of Civil Procedure.

8. Venue is proper in this Court pursuant to A.R.S. § 12-401.

9. On August 6, 2018, Plaintiffs properly and timely filed and served a Notice of Governmental Claim pursuant to A.R.S. § 12-821.01 upon the District.

10. The District never responded to the Notice of Governmental Claim.

## GENERAL ALLEGATIONS

11. Las Brisas Academy ("Las Brisas") is a K-8 school in the School District

2

located at 18211 W. Las Brisas Drive in Goodyear, Maricopa County, Arizona.

12. During the 2017-2018 School Year, Timothy Dickey was employed by the School District as the principal at Las Brisas.

13. During the 2017-2018 School Year, Principal Dickey supervised Brittany Zamora.

14. Previously, on April 10, 2017, Las Brisas Principal Dickey hired Brittany Zamora as a Sixth Grade Teacher for the School District.

15. During the 2017-2018 School Year, Brittany Zamora was employed by the School District at Las Brisas as a Sixth-Grade Teacher until the time of her termination in March 2018.

16. During the 2017-2018 School Year, J.#.W. Doe was a student in the School District and was placed in the sixth-grade class taught by Brittany Zamora by the School District.

17. Brittany Zamora used her position within the School District and School District materials and resources to groom J.#.W Doe for sexual conduct and other inappropriate sexual behavior.

18. Brittany Zamora used "Class Craft", a School District resource, to talk to students, including J.#.W. Doe, outside of school.

19. Despite its knowledge of the use of Class Craft by its employees including teachers such as Brittany Zamora, the School District did not monitor teacher-student interactions and communications on Class Craft.

20. Despite its knowledge of the use of the School District's social media accounts by its employees including teachers, the School District did not monitor teacher-student

3

interactions and communications on the School District's social media accounts.

21. Brittany Zamora used other School District social media accounts to send direct messages to students, including J.#.W. Doe.

22. Brittany Zamora used the School District's Class craft application/program to "groom" J.#.W. Doe for sexual conduct and other inappropriate sexual behavior.

23. Brittany Zamora continued to groom J.#.W. Doe over Christmas break, 2017-2018, using various social media platforms including School District platforms.

24. During January and February 2018, several teachers reported they observed inappropriate conduct between Brittany Zamora and J.#.W. Doe.

25. On or about February 7, 2018, three students in Brittany Zamora's class prepared written statements and delivered the statements to Principal Dickey.

26. In the statements, the students reported to Principal Dickey the existence of an inappropriate relationship and dating between Brittany Zamora and J.#.W. Doe.

27. Principal Dickey also interviewed the students who reported the existence of an inappropriate relationship.

28. Principal Dickey failed to report this information to the father or mother of J.#.W. Doe.

29. Principal Dickey failed to report this information to any law enforcement personnel including the Las Brisas' School Resource Officer.

30. Instead, on or about February 8, 2018, Principal Dickey met with Brittany Zamora's students and spoke about the dangers of rumors.

31. After Principal Dickey spoke with the students, Brittany Zamora went to his office "frantic and crying".

4

32. Principal Dickey believed that Brittany Zamora's behavior was due to his speaking with students.

33. Principal Dickey was also concerned that J.#.W. Doe was always at Brittany Zamora's desk.

34. During January and February 2018, parents of several students of Las Brisas also heard reports of an inappropriate relationship between Brittany Zamora and J.#.W. Doe.

35. During the 2017-2018 School Year, Brittany Zamora sent pornographic images of herself to J.#.W. Doe using her cellular phone and school social media platforms.

36. The first time Brittany Zamora kissed J.#.W. Doe was in her classroom at Las Brisas.

37. During the 2017-2018 School Year, Brittany Zamora engaged in sexual intercourse with J.#.W. Doe.

38. The first sexual intercourse between Brittany Zamora and J.#.W. Doe occurred on or about February 16 and 17, 2018.

39. During the 2017-2018 School Year, Brittany Zamora engaged in sexual activity with J.#W. Doe including oral and vaginal intercourse in Brittany Zamora's Las Brisas classroom with J.#.W. Doe.

40. The intercourse in the Las Brisas classroom occurred on or about March 7 and 8, 2018.

41. Other inappropriate touching and activity occurred in the Las Brisas classroom including occasions where Brittany Zamora would rub J.#.W. Doe's penis and allowed J.#.W. Doe to digitally penetrate her vagina.

42. On March 21, 2018, J.W. Doe and J.#W. Doe's stepmother (M.W. Doe)

discovered that Brittany Zamora, had been exchanging inappropriate texts with J.#.W. Doe.

43. In addition to the inappropriate texts, J.W. Doe and M.W. Doe also discovered that Brittany Zamora had also engaged in sexual conduct with J.#.W. Doe on several occasions including: vaginal intercourse, oral sex, inappropriate sexual touching, exchange of inappropriate and pornographic images, and inappropriate, explicit communications.

## FIRST CAUSE OF ACTION – NEGLIGENCE
## AGAINST DEFENDANT LIBERTY ELEMENTARY SCHOOL DISTRICT

44. Plaintiffs allege and incorporate herein each and every allegation contained in each of the preceding paragraphs of this Complaint as fully set forth herein by this reference.

45. Defendant School District improperly and negligently and failed to monitor its social platforms.

46. Defendant School District improperly and negligently failed to investigate the reports of misconduct involving Brittany Zamora.

47. As a direct and proximate result of Defendant School District's actions and omissions, School District employee Brittany Zamora engaged in sexual conduct and other inappropriate behavior with J.#.W. Doe.

48. As a result of Defendant District's negligence, J.#.W. Doe, J.W. Doe, and D. Doe suffered severe injuries and damages and will continue to sustain further injuries and damages in the future.

## SECOND CAUSE OF ACTION-NEGLIGENCE PER SE
## VIOLATION OF A.R.S. § 13-3620
## AGAINST LIBERTY ELEMENTARY SCHOOL DISTRICT

49. Plaintiffs allege and incorporate herein each and every allegation contained in each of the preceding paragraphs of this Complaint as fully set forth herein by this reference.

50. Defendant School District had reasonable grounds to conclude that Brittany Zamora was engaged in an inappropriate relationship with J.#.W. Doe.

51. Under Arizona Revised Statute § 13-3620, Defendant School District had a duty to report the alleged inappropriate relationship to a peace officer or Department of Child Safety.

52. As a direct and proximate result of Defendant School District's failure to report the alleged inappropriate relationship, School District employee Brittany Zamora engaged in sexual conduct and other sexually inappropriate behavior with J.#.W. Doe.

53. As a result of Defendant District's negligence, J.#.W. Doe, J.W. Doe, and D. Doe suffered severe injuries and damages and will continue to sustain further injuries and damages in the future.

### THIRD CAUSE OF ACTION-VICARIOUS LIABILITY
### AGAINST DEFENDANT LIBERTY ELEMENTARY SCHOOL DISTRICT

54. Plaintiffs allege and incorporate herein each and every allegation contained in each of the preceding paragraphs of this Complaint as fully set forth herein by this reference.

55. At the time the events giving rise to this action, Brittany Zamora was employed by the School District as a sixth-grade teacher at Las Brisas.

56. Brittany Zamora committed many of the acts of sexual molestation and other sexually inappropriate behavior with J.#.W. Doe at Las Brisas during school hours and on or using school property.

57. Based upon the reports from School District students and employees, the School District knew or had reason to know that its employee, Brittany Zamora, had sexually molested or engaged in other sexually inappropriate behavior with J.#.W. Doe or would likely sexually molest or engage in other sexually inappropriate behavior with J.#.W. Doe.

58. As a result, School District is vicariously liable for Brittany Zamora's sexual conduct with a minor and other sexually inappropriate behavior, which caused Plaintiffs damages.

### FOURTH CAUSE OF ACTION-VIOLATION OF TITLE IX
### AGAINST DEFENDANT LIBERTY ELEMENTARY SCHOOL DISTRICT

7

59. Plaintiffs allege and incorporate herein each and every allegation contained in each of the preceding paragraphs of this Complaint as fully set forth herein by this reference.

60. Principal Dickey had authority from the School District to investigate the claims of an inappropriate relationship between Brittany Zamora and J.#.W. Doe.

61. The reports of Las Brisas students and staff provided the School District with notice that Brittany Zamora had engaged in sexual conduct and other sexually inappropriate behavior with J.#.W. Doe and provided notice to the School District that Brittany Zamora posed a substantial risk of engaging in sexual conduct and other sexually inappropriate behavior with J.#.W. Doe.

62. Despite the reports of Las Brisas students and staff, the School District failed to reasonably investigate or act to protect the health, safety, and welfare of its student, J#.W. Doe.

63. As a result of Defendant District's conduct and omissions, J.#.W. Doe, J.W. Doe, and D. Doe suffered severe injuries and damages and will continue to sustain further injuries and damages in the future.

## FIFTH CAUSE OF ACTION-VIOLATION OF THE DUE PROCESS CLAUSE AGAINST DEFENDANT LIBERTY ELEMENTARY SCHOOL DISTRICT

64. Plaintiff alleges and incorporates herein each and every allegation contained in each of the preceding paragraphs of this Complaint as fully set forth herein by this reference.

65. J.#.W. has due process right to be free from sexual conduct by School District employees including Brittany Zamora.

66. The reports of Las Brisas students and staff provided the School District with notice that Brittany Zamora had engaged in sexual conduct and other sexually inappropriate behavior with J.#.W. Doe and provided notice to the School District that Brittany Zamora posed a substantial risk of molesting J.#.W. Doe.

67. Despite this knowledge the School District failed to take action to stop the abuse of J.#.W.

68. As a result of Defendant District's conduct and omissions, J.#.W. Doe, J.W. Doe, and D. Doe suffered severe injuries and damages and will continue to sustain further injuries and damages in the future.

## SIXTH CAUSE OF ACTION-NEGLIGENCE AND NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS AGAINST DEFENDANT DANIEL ZAMORA

69. Plaintiff alleges and incorporates herein each and every allegation contained in each of the preceding paragraphs of this Complaint as fully set forth herein by this reference.

70. At all times referenced herein, Defendant Daniel Zamora, in his sole and separate right, was personally aware or should have been aware, that his wife, Brittany Zamora, was engaged in an inappropriate sexual relationship with her thirteen-year old student, J.#.W. Doe.

71. As the husband of a teacher of minor children, Defendant Daniel Zamora had a duty to notify local authorities of the ongoing inappropriate sexual relationship between his wife, Brittany Zamora, and her thirteen-year old student, J.#.W. Doe, and to exercise due care to protect her students including J.#W. Doe from sexual predation by his wife, Brittany Zamora.

72. The conduct of Defendant Daniel Zamora was also negligent because it foreseeably combined with or permitted the improper conduct of his wife, Brittany Zamora.

73. Despite knowing and/or having reason to know of the ongoing molestation of J.#.W. Doe being committed by his wife, Brittany Zamora, Defendant Daniel Zamora negligently failed to intervene or contact authorities.

74. Despite knowing and/or having reason to know of the ongoing molestation of J.#.W. Doe being committed by his wife, Brittany Zamora, Defendant Daniel Zamora negligently called the father of the minor J.#.W. Doe, negligently professed ignorance of the molestation, and then tried to harass Plaintiff J.W. Does into not reporting the crimes committed by Defendant Daniel Zamora's wife, Brittany Zamora, to law enforcement.

9

75. As a result of Defendant Daniel Zamora's conduct and omissions, J.#.W. Doe, J.W. Doe, and D. Doe suffered severe injuries and damages and will continue to sustain further injuries and damages in the future.

76. Defendant Daniel Zamora committed the acts complained of herein with an evil mind sufficient to justify an award of punitive damages under Arizona law.

## TIER LEVEL

77. For purposes of Tier Classification, this case belongs in Tier 3.

## RELIEF

**WHEREFORE**, Plaintiffs pray for judgment and order against Defendants as to each and every cause of action as follows:

    a.    General damages in an amount to be determined at trial;

    b.    Special damages in an amount to be determined at trial;

    c.    Punitive damages against Defendant Daniel Zamora in an amount to be determined at trial.

    d.    Such other and further relief as the Court deems just and proper.

Dated this 17th day of January, 2019.

**DAVIS MILES MCGUIRE GARDNER, PLLC**

By: _____
Michael E. Medina, Jr.
Steven E. Weinberger
Russell B. Richelsoph
40 East Rio Salado Parkway, Suite 425
Tempe, AZ 85281
*Attorneys for Plaintiffs J.W. Doe and J.#.W. Doe*

**GOLDBERG & OSBORNE**

By: _____
John E. Osborne *with permission*
698 East Wetmore Road, Suite 200
Tucson, Arizona 85705
*Attorney for Plaintiff D. Doe*

**Davis Miles McGuire Gardner**
40 East Rio Salado Parkway, Suite 425
Tempe, AZ 85281
Telephone: (480) 733-6800
Fax: (480) 733-3748
efile.dockets@davismiles.com

**Michael E. Medina, Jr., Bar No. 014846**
mmedina@davismiles.com
**Steven E. Weinberger, Bar No. 015349**
sweinberger@davismiles.com
**Russell B. Richelsoph, Bar No. 019963**
rrichelsoph@davismiles.com
*Attorneys for Plaintiffs J.W. Doe and J.#.W. Doe*

**John E. Osborne, Bar No. 007085**
josborne@goldbergandosborne.com
Goldberg & Osborne, LLP
698 East Wetmore Road, Suite 200
Tucson, Arizona 85705
Telephone: (520) 620-3975
Fax: (520) 620-3991
*Attorney for Plaintiff D. Doe*

COPY
JAN 17 2019
CLERK OF THE SUPERIOR COURT
A MALONE
DEPUTY CLERK

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| J.W. Doe, as the natural father and legal guardian of J.#.W. Doe; D. Doe as the natural mother of J.#.W. Doe; <br><br> vs. <br><br> Liberty Elementary School District; Daniel R. Zamora, husband of Brittany Zamora, in his sole and separate right | CASE NO.: CV2019-000908 <br><br> **CERTIFICATE OF COMPLUSORY ARBITRATION** |

The undersigned certifies that the largest award sought by the complainant, including punitive damages, but excluding interest, attorneys' fees, and costs does exceed the limits set by Maricopa County Local Rule 3.10 for compulsory arbitration. This case is not subject to the Rules of Civil Procedure for Arbitration.

1

DAVIS MILES MCGUIRE GARDNER, PLLC

By: /s/
Michael E. Medina, Jr.
Steven E. Weinberger
Russell B. Richelsoph
40 East Rio Salado Parkway, Suite 425
Tempe, AZ  85281
*Attorneys for Plaintiffs J.W. Doe and J.#.W. Doe*

GOLDBERG & OSBORNE

By: /s/
John E. Osborne *with permission*
698 East Wetmore Road, Suite 200
Tucson, Arizona 85705
*Attorney for Plaintiff D. Doe*

2